652 A.2d 170

RUTH FORREST, ET AL., v. FREDERICK P. NIEMANN
AND ALEXANDER FORREST.

October 6, 1994.

## ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

---

652 A.2d 170

STATE OF NEW JERSEY v. ELIJAH HAMM.

October 7, 1994.

## CORRECTED ORDER

Certification is granted, and the matter is summarily remanded to the Appellate Division to reconsider in light of *State v. Alexander*, 136 *N.J.* 563, 643 *A.*2d 996 (1994).

---

652 A.2d 170

STATE OF NEW JERSEY v. JOHN WORTHY, ET AL.

October 13, 1994.

---

## ORDER

Leave to appeal is granted.